UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SHELA GRIMES,

    Plaintiff,

v.                                     Case No. 8:22-cv-116-KKM-CPT

KEYMARK CORPORATION OF
FLORIDA,

    Defendant.
_____

## ORDER

Plaintiff notified the Court that the parties have settled this case. (Doc. 24.) Accordingly, the Court orders that this case is **dismissed without prejudice**. *See* Local Rule 3.09(b). Within **30 days** of this order, the parties may submit a stipulated judgment or move to reopen the action. *See id.*; FED. R. CIV. P. 59(e), 60(b). After that 30-day period, dismissal shall be **with prejudice**. The Clerk is directed to terminate any pending motions and deadlines and to close this case.

**ORDERED** in Tampa, Florida, on August 2, 2022.

*Kathryn Kimball Mizelle*
Kathryn Kimball Mizelle
United States District Judge